DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>           Plaintiff,                              )<br>                                                      )<br>vs.                                                 )<br>                                                      )<br>JAMES GERARD BOYLE,               )<br>           Defendant.                          )<br>_____) | 2:11-cr-00454-RCJ-CWH<br>2:11-mj-0760-PAL<br>2:11-mj-0761-PAL<br>2:11-mj-0762-PAL |

The United States, by and through Daniel G. Bogden, United States Attorney, and Nancy J. Koppe, Assistant United States Attorney, asks this Court to unseal the affidavits of probable cause supporting the search warrant in the above-referenced case, as it is no longer necessary for them to remain sealed.

DATED: This 29th day of December, 2011.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Nancy J. Koppe
NANCY J. KOPPE
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 4, 2012