```
           FILED          ___ RECEIVED
           ENTERED        ___ SERVED ON
                          COUNSEL/PARTIES OF RECORD

              AUG 1 0 2012

           CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
       BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    2:11-CR-454-RCJ-(CWH) |
| JAMES GERARD BOYLE, | )<br>) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on August 10, 2012, defendant JAMES GERARD BOYLE pled guilty to Count Four of a Five-Count Criminal Indictment charging him with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Criminal Indictment, ECF No. 10.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Bill of Particulars, and agreed to in the Plea Memorandum, and the offense to which defendant JAMES GERARD BOYLE pled guilty. Criminal Indictment, ECF No. 10; Bill of Particulars, ECF No. 21.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3);

        a)      61 CD-R/DVD-Rs, with unknown serial numbers;

        b)      AST Advantage Laptop, serial number USN6011099;

   c)  Toshiba Satellite laptop, serial number Y3014668C;

   d)  2 Fuji film XP pic cards, unknown serial number;

   e)  Samsung cell phone, serial number IC15244D;

   f)  2 Sandisk Cruzer thumb drives, unknown serial numbers;

   g)  Apple Ipod, serial number YM0073BD726;

   h)  iMac computer, unknown serial number; and

   i)  any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JAMES GERARD BOYLE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

2   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

4   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

5   following address at the time of filing:

6       Michael A. Humphreys
    Assistant United States Attorney
7       Daniel D. Hollingsworth
    Assistant United States Attorney
8       Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
9       Las Vegas, Nevada 89101.

10   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

11   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

12   following publication of notice of seizure and intent to administratively forfeit the above-described

13   property.

14   DATED this 10th day of August, 2012.

17   _____
UNITED STATES DISTRICT JUDGE

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

        AUG 10 2012

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-00454-RCJ-CWH |
|---|---|
| Plaintiff, | |
| vs. | **CONSENT OF DEFENDANT** |
| JAMES GERARD BOYLE, | |
| Defendant. | |

Defendant, **JAMES GERARD BOYLE**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED: this 10th day of August, 2012.

APPROVED:

_____
ROBERT C. JONES
United States Chief District Judge