SUE FAHAMI
Executive Assistant
Nevada Bar No. 5634
SKYLER H. PEARSON
Assistant United States Attorney
Nevada Bar No. 15724
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
skyler.pearson@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00454-GMN-MDC |
| Plaintiff, | **Stipulation to Extend United States' Deadline to Respond to Defendant's Motion for Early Termination of Supervised Release** |
| v. | |
| JAMES GERARD BOYLE, | (First Request) |
| Defendant. | |

IT IS STIPULATED AND AGREED, by and between Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for the defendant, James Gerard Boyle, that the deadline for the United States to respond to defendant's Motion for Early Termination of Supervised Release (ECF No. 107) be extended by fourteen (14) days to October 20, 2025.

1  This Stipulation is entered into based upon government counsel's need to review the
2  case's history and procedural posture, decide whether the government opposes defendant's
3  motion and respond accordingly. The additional time requested herein is not sought for
4  purposes of delay.
5  DATED this 2nd day of October, 2025.
6  Respectfully submitted,

 */s/ Heidi Ojeda*  */s/ Skyler Pearson*
HEIDI OJEDA,  SKYLER PEARSON
Attorney for Defendant  Assistant United States Attorney
**JAMES BOYLE**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00454-GMN-MDC |
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| v. | |
| JAMES GERARD BOYLE, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that counsel for the United States needs additional time to review the case's history and procedural posture, decide whether the government opposes defendant's motion, and respond. The Court further finds that the additional time requested herein is not sought for purposes of delay.

**ORDER**

IT IS THEREFORE STIPULATED, AGREED, and ORDERED that the United States shall have to and including October 20, 205 to file any response to defendant's motion.

DATED this ___2___ day of October, 2025

_____
UNITED STATES DISTRICT JUDGE