SIGAL CHATTAH
Acting United States Attorney
Nevada Bar No. 8264
SKYLER PEARSON
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES GERARD BOYLE,<br><br>Defendant. | 2:11-cr-00454-GMN-MDC<br><br>**Government's Motion to Strike Stipulation to Extend United States' Deadline to Respond to Defendant's Motion for Early Termination of Supervised Release [ECF 114]** |

      The United States of America, by and through the undersigned attorney, respectfully moves to strike Government's Motion to Strike Stipulation to Extend United States' Deadline to Respond to Defendant's Motion for Early Termination of Supervised Release. [ECF 114]

The government inadvertently filed the stipulation under this case number. Accordingly, the United States respectfully requests that the Stipulation to Extend United States' Deadline to Respond to Defendant's Motion for Early Termination of Supervised Release be stricken from the record.

DATED: October 31, 2025.

          Respectfully submitted,

          SIGAL CHATTAH
          Acting United States Attorney

          *//s// Skyler Pearson*
          SKYLER PEARSON
          Assistant United States Attorney

IT IS HEREBY ORDERED that the Motion to Strike, (ECF No. 115), is GRANTED.

The Clerk of Court is kindly directed to STRIKE the Stipulation for Extension of Time, (ECF No. 114).

Dated: November 4, 2025

_____
Gloria M. Navarro
United States District Judge