**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES GERARD BOYLE,

Defendant.

Case No. 2:11-cr-00454-GMN-MDC

**ORDER**

IT IS THEREFORE ORDERED that the hearing on petition for revocation of supervised release currently scheduled for August 26, 2026 at 9:30 a.m., be vacated and continued to September 30, 2026 at the hour of 10:00 a.m.

DATED this 14 day of August, 2026.

UNITED STATES DISTRICT JUDGE